# Exhibit B

# ExpandaMull® Partition Gap Filler

Sound Solutions for Glass Buildings.

Traditional point-loaded steel-spring partition gap fillers enable critical differential movement between interior and exterior building systems. But they can be unsafe and difficult to install. ExpandaMull is our cost-efficient, environmentally friendly redesign that's changing the way we build glass structures.





## At a Glance

- Concealed, expandable foam blocks, made from upcycled material left over from manufacturing, act as springs for controlled expansion and contraction, for easier, safer installation and superior performance.

- A durable extruded aluminum exposed surface, available pre-finished or field painted, ensures a long lifecycle and high recyclability.

- Foam adhesive tape doubles as a backer rod for sealant application to minimize installation time, materials, and waste.

- Four size options available to fill gaps from 2-3/4'' up to 11''.

- Environmental product declaration/life cycle assessment and VOC test reports are provided.

Not only is ExpandaMull designed to be safer and easier to use, it's the first partition gap filler with a Declare Label confirming that it contains no red list chemicals as defined by the Living Building Challenge. So, it's better for builders. And better for the earth.

**ExpandaMULL®**

By **MULL(((OVER®**

©2024 Mull-It-Over® Products  |  All rights reserved
Grand Rapids, MI 616.730.2162
mullitoverproducts.com  |  Made in the USA