# Exhibit C

## Claim Chart - U.S. Patent No. 12,442,181

| Claim | Element | ExpandaMull™ |
|---|---|---|
| 1.[P] | A gap filler assembly for filling or covering a gap between an interior partition wall and an exterior wall of a building structure, the gap filling assembly comprising: | |
| 1.[A] | a **first frame member** slidingly engaging a **second frame member**; | Diagram showing First Frame Member and Second Frame Member, with labels: Curtain Wall or Storefront Mullion (and Glazing by Others); Adhesive Foam Tape (and a Sealant Joint by Others); Acoustic Rated Wall Construction by Others; Interior Aluminum Extrusion; Expandable Foam; Exterior Aluminum Extrusion. |

1

#111315716v2

| | | |
|---|---|---|
| 1.[B] | an **interior cavity** defined by the first and second frame members, wherein the interior cavity has a variable volume; |  |

2

#111315716v2

| | | | |
|---|---|---|---|
| 1.[C] | a **biasing member** comprising **expandable foam sound insulation material** disposed within the interior cavity, wherein the expandable foam sound insulation material has **a first end** engaging **an interior surface of the first frame member**, wherein the expandable foam sound insulation material has **a second end** engaging **an interior surface of the second frame member**, and wherein the expandable foam sound insulation material is configured to exert a force on the first frame member in a direction away from the second frame member for compressing the first and second frame members between the interior partition wall and the exterior wall. |  | |
| 7.[P] | A gap filler assembly for filling or covering a gap between an interior partition wall and an exterior wall of a building structure, the gap filling assembly comprising: | | |

3

#111315716v2

| | | |
|---|---|---|
| 7.[A] | **a first u-shaped frame member** having **an interior surface** and **an exterior surface**; |  |

#111315716v2

| 7.[B] | a second u-shaped frame member having an interior surface and an exterior surface, wherein the second u-shaped frame member slidingly engages the first u-shaped frame member to define an interior cavity having a variable volume; |  |

5

| | | |
|---|---|---|
| 7.[C] | **expandable foam sound insulation** disposed within the interior cavity, wherein the expandable foam sound insulation comprises: (i) **a first portion** defining **a first end**, wherein the first end of the expandable foam sound insulation is adjacent to and engages the interior surface of the first u-shaped frame member; (ii) **a second portion** defining **a second end**, wherein the second end of the expandable foam sound insulation is adjacent to and engages the interior surface of the second u-shaped frame member such that the expandable foam sound insulation exerts a force on the second frame member in a direction away from the first frame member. |  |

#111315716v2