# EXHIBIT 1

US012442181B1

(12) **United States Patent**
**Laydera-Collins**

(10) **Patent No.: US 12,442,181 B1**
(45) **Date of Patent: Oct. 14, 2025**

(54) **TELESCOPING WALL GAP FILLER ASSEMBLY**

(71) Applicant: **Gordon Sales, Inc.**, Bossier City, LA (US)

(72) Inventor: **Imack Laydera-Collins**, Benton, LA (US)

(73) Assignee: **Gordon Sales, Inc.**, Bossier City, LA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/753,204**

(22) Filed: **Jun. 25, 2024**

**Related U.S. Application Data**

(63) Continuation of application No. 17/580,445, filed on Jan. 20, 2022, now Pat. No. 12,024,881.

(60) Provisional application No. 63/190,851, filed on May 20, 2021, provisional application No. 63/139,465, filed on Jan. 20, 2021.

(51) **Int. Cl.**
***E04B 1/68*** (2006.01)
***E04B 1/82*** (2006.01)
***E04B 2/56*** (2006.01)

(52) **U.S. Cl.**
CPC ............. ***E04B 1/6815*** (2013.01); ***E04B 1/82*** (2013.01); ***E04B 2/56*** (2013.01)

(58) **Field of Classification Search**
CPC . E04B 1/6815; E04B 1/82; E04B 2/56; E04B 2/90; E04B 2/82
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,097,988 A 11/1937 Ross et al.
2,882,561 A 4/1959 Shrode
3,188,695 A 6/1965 Spangenberg
3,270,475 A 9/1966 Driggers
3,274,739 A 9/1966 Gregoire
3,286,422 A 11/1966 Pangerl
3,292,321 A 12/1966 Schans
3,331,171 A 7/1967 Hallock
3,376,678 A 4/1968 Thygeson
3,378,973 A 4/1968 Tudor-Pole
3,386,216 A 6/1968 Zwickert
(Continued)

FOREIGN PATENT DOCUMENTS

CN 113463808 A 10/2021
DE 4030117 A1 3/1992
(Continued)

OTHER PUBLICATIONS

Emseal Joint Systems Ltd./Emseal LLC., EMSEAL Expansion Joints and Pre-Compressed Sealants, QuietJoint Acoustic Joint Filler and Partition Closure, Apr. 18, 2017, 3 pages, https://web.archive.org/web/20170526150855/https:/www.emseal.com/product/quietjoint-acoustic-joint-filler/.
(Continued)

*Primary Examiner* — Gisele D Ford
(74) *Attorney, Agent, or Firm* — Jones Walker LLP

(57) **ABSTRACT**

A gap filler assembly for filling or covering a gap between an interior partition wall and an exterior wall of a building. Two slidingly engaged frame members define an interior cavity that has a variable volume. Disposed within the interior cavity is a biasing member configured to exert a force on a first frame member in a direction away from a second frame member for compressing the frame members between the interior partition wall and the exterior wall. The biasing member may be a spring or an expanding foam sound insulation.

**13 Claims, 19 Drawing Sheets**



## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,439,463 | A | 4/1969 | Matarese |
| 3,479,768 | A | 11/1969 | Smadja |
| 3,505,773 | A | 4/1970 | Thomas |
| 3,696,575 | A | 10/1972 | Armstrong |
| 3,707,061 | A | 12/1972 | Collette et al. |
| 3,800,489 | A | 4/1974 | Boice |
| 3,821,869 | A | 7/1974 | Morgan |
| 3,864,886 | A | 2/1975 | Thom |
| 3,925,952 | A | 12/1975 | Hagel et al. |
| 3,967,420 | A | 7/1976 | Papsco et al. |
| 4,086,734 | A | 5/1978 | Hayashi |
| 4,205,498 | A | 6/1980 | Unayama |
| 4,539,243 | A | 9/1985 | Miller |
| 4,608,796 | A | 9/1986 | Shea, Jr. |
| 4,781,003 | A | 11/1988 | Rizza |
| 4,858,406 | A | 8/1989 | Lane |
| 4,926,594 | A | 5/1990 | Sampson et al. |
| 4,946,484 | A | 8/1990 | Monson |
| 5,060,439 | A | 10/1991 | Clements |
| 5,088,256 | A | 2/1992 | Face, Jr. |
| 5,117,587 | A | 6/1992 | Doan |
| 5,259,162 | A | 11/1993 | Nicholas |
| 5,356,675 | A | 10/1994 | Unger et al. |
| 5,365,713 | A | 11/1994 | Nicholas |
| 5,410,853 | A | 5/1995 | Hartleif |
| 5,524,402 | A | 6/1996 | Sykes |
| 5,666,775 | A | 9/1997 | Shreiner |
| 5,740,644 | A | 4/1998 | Menchetti |
| 5,791,105 | A | 8/1998 | Gangi |
| 5,802,789 | A | 9/1998 | Goodman et al. |
| 5,893,247 | A | 4/1999 | Hickman et al. |
| 6,351,915 | B1 | 3/2002 | Puckett |
| 6,360,504 | B1 | 3/2002 | Webb et al. |
| 6,807,781 | B2 | 10/2004 | Trout |
| 7,435,134 | B2 | 10/2008 | Lenox |
| 7,451,574 | B2 | 11/2008 | Spek |
| 7,592,537 | B1 | 9/2009 | West |
| 8,037,652 | B2 | 10/2011 | Marshall et al. |
| 8,572,914 | B2 | 11/2013 | Burgess |
| 8,782,977 | B2 | 7/2014 | Burgess |
| 8,789,329 | B2 | 7/2014 | Radoane |
| 9,103,121 | B2 | 8/2015 | Brughuls |
| 9,431,953 | B2 | 8/2016 | Stearns et al. |
| 9,644,377 | B1 | 5/2017 | Masotte |
| 9,745,791 | B1 | 8/2017 | Rohovit |
| 9,963,875 | B1 | 5/2018 | Prygon |
| 10,458,453 | B1 | 10/2019 | Galligan et al. |
| 10,494,811 | B1 | 12/2019 | Gussenbauer et al. |
| 10,689,850 | B2 | 6/2020 | Langeveld et al. |
| 10,954,669 | B2 | 3/2021 | Sander |
| 11,306,476 | B2 | 4/2022 | Griffith |
| 11,451,187 | B2 | 9/2022 | Eriksson |
| 11,486,137 | B2 | 11/2022 | Klein et al. |
| 11,549,258 | B2 | 1/2023 | Sander |
| 2002/0157335 | A1 | 10/2002 | Vos |
| 2004/0216398 | A1 | 11/2004 | Manos et al. |
| 2005/0155312 | A1 | 7/2005 | Friday |
| 2006/0196144 | A1 | 9/2006 | Spek |
| 2007/0283640 | A1 | 12/2007 | Shivak et al. |
| 2008/0263981 | A1 | 10/2008 | O'Brien |
| 2009/0025314 | A1 | 1/2009 | Komamine et al. |
| 2012/0180414 | A1 | 7/2012 | Burgess |
| 2013/0097948 | A1 | 4/2013 | Burgess |
| 2016/0111997 | A1 | 4/2016 | Ganshaw et al. |
| 2017/0234004 | A1 | 8/2017 | Pilz |
| 2019/0218774 | A1 | 7/2019 | Danesi et al. |
| 2019/0316348 | A1 | 10/2019 | Pilz et al. |
| 2021/0108410 | A1 | 4/2021 | Pring |
| 2021/0363750 | A1 | 11/2021 | Picchio |
| 2022/0098888 | A1 | 3/2022 | Richard |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 3074507 | A1 | 6/2019 |
| GB | 1405912 | A | 9/1975 |

### OTHER PUBLICATIONS

Ritz Interiors, The Piedmont Plug, Aug. 27, 2018, 2 pages, https://web.archive.org/web/20180827105153/http://www.piedmontplug.com/.

Gordon, Inc., Mullion Mate Partition Closures—Gordon Interiors, Mar. 2019, 1 page, https://web.archive.org/web/20180307211032/http://www.gordon-inc.com/cad/interiors/mmate/mm%20appl.pdf.

Gordon, Inc., Mullion Mate Partition Closures—Gordon Interiors, Mar. 2019, 2 pages, https://web.archive.org/web/20190309084159/http://www.gordon-inc.com/interiors/ceilings/mullionmate.aspx.




FIG. 1
PRIOR ART




FIG. 2




FIG. 3




FIG. 4




FIG. 5




FIG. 6




FIG. 7




FIG. 8




FIG. 9




FIG. 10




FIG. 11




FIG. 12




FIG. 13




FIG. 14




FIG. 15




FIG. 16




FIG. 17




FIG. 18




FIG. 19




FIG. 20

# TELESCOPING WALL GAP FILLER ASSEMBLY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. Non-Provisional application Ser. No. 17/580,445, filed on Jan. 20, 2022, which claims the benefit of and priority to U.S. Provisional Patent Application No. 63/139,465 filed on Jan. 20, 2021, and U.S. Provisional Patent Application No. 63/190,851 filed on May 20, 2021, each of which is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

The present invention relates to the architectural and building construction industries, and more particularly to structures designed to fill gaps between walls and windows, partition walls and perimeter walls, and the like, for purposes of privacy and reduction of sound transmission from separated spaces.

## BACKGROUND

Modern commercial buildings are designed to fit a diversity of rooms and partition arrangements aiming to accommodate specific requirements for occupants. As such, when adding partitions there are conditions that won't allow for partition walls to be built in direct contact with exterior windows or exterior structures. Many commercial buildings have an exterior facade composed of large glass windows supported by a metallic structure or frame. The metallic structure typically includes vertical and horizontal members known in the industry as window mullions. Many builders select the position of the vertical window mullions for interior partition walls in order to avoid ending the partition walls facing a glass pane, which would diminish the outside aesthetic of the building facade. The wall is aligned with the vertical window mullion. Since in many instances, the wall cannot be extended to be in contact with the window mullion, the gap is filled with an elongated structure that covers the gap between the window mullion and the partition wall end, or between the window pane and the partition wall end. These gap fillers achieve two purposes: (1) to create an aesthetically pleasant joint, and (2) to prevent transmission of sound through the gap. Since the window frame has motion due to the external wind force, there is motion of the frame relative to the partition wall, which is the reason for which the gap filling element must have some degree of elasticity to allow the frame motion without adding additional loads to the partition walls. Some manufacturers use a foam type element that is wedged into the gap. Others make rigid elements that are custom made for specific gaps or are attached to the faces of the wall projecting into the gap.

Due to the diverse configuration of curtain walls and window frames, there is a need for a gap filler that is resilient, aesthetically pleasant and capable of blocking the noise transmission from room to room for privacy requirements.

## SUMMARY

The present invention relates to an architectural gap filler that is resilient and configured to fit in a range of gap openings. It may also be aesthetically pleasant, durable, easy



to install, and capable of substantially blocking the sound transmission through the gap.

The gap filler assembly of the present invention includes at least two frame members that cooperate with each other to define an interior cavity that has a variable volume. In one embodiment, compression springs are disposed within the interior cavity, which is otherwise filled with a sound absorbing insulation. The compression springs push the two frame members in an outward direction. Because the insulation inside the interior cavity is compressed when the frame members are compressed, the insulation fully recovers from the compressed condition to a free state that fills the volume of the interior cavity in the relaxed state. To be able to achieve this result, the gap filler assembly of the present invention utilizes a combination of rigid or semi-rigid insulation material with resilient insulation material.

In a second embodiment, the interior cavity is filled with a sound insulating foam, which pushes the two shells outwardly. For example, the sound insulating foam of this embodiment may include an expanding foam sound insulation. Since the insulating foam inside the interior cavity is compressed when the frame members are compressed, the insulating foam fully recovers from the compressed condition to a different compression state while applying a predetermined pressure to force the two frame members to conform to the width of any wall to window gaps or wall to wall gaps. In applications involving filling larger gaps, combinations of rigid or semi-rigid insulation with insulating foam may be utilized to assure that the recovery force of the foam under compression is limited to certain values.

Since the two frame members of the gap filler assembly are urged to separate outwardly by internal springs or by expanding foam, the resulting force or pressure is exerted over the vertical boundaries of the gap along the interior and exterior walls to secure the assembly inside the gap. The gap filler assembly contains resilient gaskets at the end faces, which contact the vertical boundaries of the gap to make sure both surfaces are tightly sealed. The gaskets may also include contact adhesive at each gasket's face to further ensure their position within the gap.

In one application for filling gaps between the end of partition walls and the adjacent window mullion, the frame members are placed in contact with the window mullion and the end cap of the partition wall. In other applications, a narrower gap filler assemblies can be positioned on both sides of the window mullions. In such applications, the gap filler assemblies fit within the thickness of the partition wall facing the window mullion. To further seal any gaps around the opening, caulking paste may be placed at the edges of the elongated elements.

Other objects, advantages and variations of the present invention, will become apparent and obvious from a study of the following detailed description and accompanying drawings which are merely illustrative of such invention.

## BRIEF DESCRIPTION OF THE DRAWING VIEWS

FIG. **1** is a perspective view showing the application in which a gap filler assembly is used.

FIG. **2** is a sectional view of a gap filler assembly of the present invention in use to fill a gap between a wall and a window mullion.

FIG. **3** is a sectional view of an alternate position of the gap filler assembly in use to fill a gap between a wall and a window mullion.

FIG. **4** is a sectional view of one embodiment of the gap filler assembly.

FIG. **5** is a sectional view of the gap filler assembly of FIG. **4** taken at a different point along the length of the assembly.

FIG. **6** is a perspective view of a spring assembly of the gap filler assembly of FIG. **4**.

FIG. **7** is a perspective view of spring assemblies positioned along a length of a frame member of the gap filler assembly of FIG. **4**.

FIG. **8** is an exploded schematic view of the gap filler assembly of FIG. **4**.

FIG. **9** is a perspective view of a second embodiment of the spring assembly of the gap filler assembly.

FIG. **10** is a sectional view of the spring retainer assembly of FIG. **9**.

FIG. **11** is a sectional view of a second embodiment of the gap filler assembly of the present invention.

FIG. **12** is a perspective view of the gap filler assembly of FIG. **11**.

FIG. **13** is a sectional view of the gap filler assembly of FIG. **11** taken at a different point along the length of the assembly.

FIG. **14** is a sectional view of a frame of a third embodiment of the gap filler assembly of the present invention.

FIG. **15** is a sectional view of the third embodiment of the gap filler assembly including the frame shown in FIG. **14**.

FIG. **16** is a sectional view of the gap filler assembly of FIG. **15** taken at a different point along the length of the assembly.

FIG. **17** is a sectional view of a fourth embodiment of the gap filler assembly of the present invention.

FIG. **18** is a schematic representation of the behavior of insulating foam of the gap filler assembly of FIG. **17** in response to compression.

FIG. **19** is a sectional view of the gap filler assembly of FIG. **17** in use to fill a gap between a wall and a window mullion.

FIG. **20** is a sectional view of an alternate position of the gap filler assembly of the FIG. **17** in use to fill a gap between a wall and a window mullion.

## DETAILED DESCRIPTION OF SELECTED EMBODIMENTS

Disclosed herein is a gap filler assembly for use in filling a gap between an interior wall and an exterior wall or window, or between an interior wall and a window mullion along an exterior wall, in a building structure. The gap filler includes two or more frame members that are biased apart in order to position the gap filler assembly in a state of compression in the gap between the interior wall and the exterior wall or mullion. The frame members define an interior cavity having a variable volume. In some embodiments, a sound barrier material is disposed within the interior cavity. In certain embodiments, the frame members are biased apart by a spring disposed within the interior cavity. Alternatively, the frame members may be biased apart by an expanding sound insulating material, such as an expanding foam material.

Various embodiments of the gap filler assembly of the present invention are illustrated in FIGS. **1-20**, with many other variations and embodiments apparent to a skilled artisan after reviewing this disclosure.

FIG. **1** illustrates an example of a building configuration in which a window peripheral frame or mullion **12** is attached to an exterior wall **20** above base wall **14**. Glass window panes **18** are held between peripheral window mullions **12** and vertical window mullion **19**. An inner partition wall **16** may be constructed to place its end face **21** in contact with the base wall **14**. However, a gap **17** is left between the window mullions **19**, the glass window panes **18**, and end face **21** of inner partition wall **16**. Gap **17** enables sound to travel between the spaces on either side of interior partition wall **16**.

FIGS. **2** and **3** illustrate one embodiment of the gap filling assembly of the present invention used to cover a gap between a window mullion and a partition wall. Specifically, gap filling assemblies **23** extend between glass window panes **18** and end face **21** of the partition wall **16**. Each gap filling assemblies **23** is held in this position by an expansive force of the assembly. Additionally, an adhesive on the face of gaskets **24** of gap filling assemblies **23** may help to maintain the assemblies **23** in this position by engaging the surfaces of window panes **18** and end face **21** of partition wall **16**. In this embodiment, a gap filling assembly **23** is positioned on each side of window mullion **19**. Partition walls **16** may be thicker than standard partition walls for sound proofing purposes. This thickness allows gap filler assemblies **23** to be positioned on both sides of the window mullion **19** without protruding from the side surfaces **22** of partition wall **16**. In some embodiments, gap **17** between mullion **19**, end face **21** of partition wall **16**, and gap filler assemblies **23** may be filled with a sound insulating material for additional sound blocking performance. In other embodiments, a single gap filling assembly **23** may be positioned on one side of the window mullion **19** without a second gap filling assembly **23**. In still other embodiments, one or more gap filling assemblies **23** may be positioned to extend between window mullion **19** and end face **21** of partition wall **16**. The gap filling assemblies **23** may be positioned such that spring **30** is closer to window panes **18**, as shown in FIG. **2**, or such that spring **30** is closer to partition wall **16**, as shown in FIG. **3**. As shown, filling the gap between window panes **18** and partition wall **16** also covers the gap between window mullion **19** and partition wall **16**.

Referring now to FIG. **4**, gap filler assembly **23** may include two frame members **25**. In some embodiments, each frame member **25** is formed of an aluminum extrusion. The frame members **25** cooperate to define an interior cavity **26**, which has a variable volume. The volume of interior cavity **26** is dictated by the amount of engagement or overlap **27** of the two cooperating frame members **25**. The interior cavity **26** includes a first portion and a second portion, with the volume of the first portion changing more than the second portion of the interior cavity **26**. The second portion of the interior cavity **26** may be filled with sound absorbing insulation **28**. The frame members **25** are both urged to move outwards (i.e., in a direction away from the other frame member **25**) by the force of compression springs **30** disposed within the first portion of the interior cavity **26**. Each spring **30** is supported on a frame member **25**. One end of the spring **30** is supported by an upper portion of a spring retainer **35**, which is positioned at the deepest portion of one of the U-shaped frame members **25**. The second end of the spring **30** is supported by a spring chair **31**, which is hung by a hook **34** onto the edge **33** of the opposite frame member **25**. The spring **30** is stabilized by the spring retainer **35**, which extends through a central portion of the spring **30** and through the spring chair **31** to maintain the spring **30** in the desired position along the gap filler assembly **23**. Within interior cavity **26**, splice pockets **36** are used to hold metal splices (not shown) to align adjacent frame members **25** when needed on long gaps that exceed the stock length of the

frame members **25**. In the remaining portions of the gap filler assembly **23**, strips of vibration dampening material **38** may be positioned in the splice pockets **36** for attenuation of high frequency noise transmission. The vibration dampening material **38** suppresses the high frequency sound transmitted by the frame members **25**, which may be formed of metallic extrusions. The maximum compression of the gap filler assembly **23** is dictated by the spring compression that would cause the top hook **34** of the spring chair **31** to touch the upper portion **32** of the spring retainer **35**. The maximum expansion is dictated by the minimum overlap **27** allowed by design. This overlap **27** is controlled by the expansion of spring **30** within the spring retainer **35**. This structure traps the spring **30** restricting travel. The springs **30** are spaced along a longitudinal axis or height of the interior cavity **26** to produce the desired force of expansion of the gap filler assembly **23**.

FIG. **5** illustrates a zone of gap filler assembly **23** between springs **30**. Interior cavity **26** may be filled with two types of insulation materials. In certain embodiments, the two types of insulation materials disposed within the interior cavity **26** have different densities. Sound absorbing insulation **28** disposed within a second portion of the interior cavity **26** may comprise a rigid or semi-rigid insulation material aiming to maintain a zone of the interior cavity **26** with a fixed density of insulation that resists compression as the volume of the interior cavity **26** is reduced. The rigid or semi-rigid insulation material provides for ease of assembly and functionality. As used herein, "rigid" in relation to an insulation material means materials having a high density and a high level of rigidity, such as polystyrene, polyisocyanurate, polyurethane, or phenolic materials. As used herein, "semi-rigid" in relation to an insulation material includes insulation panels having fibers secured with a binder, such as fiberglass or mineral (rock or slag) wool.

The variable width of the gap filler assembly **23** is accomplished by the interface of the two frame members **25** moving linearly inside each other (i.e., telescoping). When the frame members **25** move linearly (toward or away from one another), the volume of the interior cavity **26** increases or decreases. In order to ensure that the interior cavity **26** is fully filled with insulating material, the first portion of the interior cavity **26** is filled with a soft and resilient grade of sound proofing insulating material **29**. When gap filler assembly **23** is compressed to its minimum width (i.e., along the vertical direction in FIG. **5**) and then released to its maximum width, the compressed volume of the insulation material **29** will spring back to fill the expanded interior cavity **26**. As used herein, "soft" in relation to an insulation material means an insulation material that compresses when pressure is applied, such as batts and rolls formed of fiberglass, mineral (rock or slag) wool, plastic fibers, or natural fibers.

With reference again to FIG. **5**, another embodiment of the gap filler assembly of the present invention contains an expandable foam insulation within interior cavity **26** without any compression springs. In this embodiment, the expandable foam insulation acts as the biasing member that biases the two frame members apart to position and retain the gap filler assembly between an interior wall and an exterior wall or window mullion. As used herein, "biasing member" means any structure, device, or material configured to exert an expansive force on the frame members. The biasing member may be formed of a coil spring, any other type of spring, or an expanding material.

FIG. **6** illustrates a spring assembly **50** of the gap filler assembly **23**. The spring assembly includes the spring **30**, the spring chair **31**, and the spring retainer **35**. These components are typically joined as a separate assembly to facilitate manufacturing. The spring retainer **35** has a flat head **32** that captures one end of the spring **30**. The shape of the spring retainer **35** is dictated by the manufacturing process and the internal width of the frame members **25**. The spring retainer **35** has an elongated section **53** that helps to maintain the shape of the spring **30** while compressed. After the spring retainer **35** is inserted through a slot **54** on the spring chair **31**, a locking tab **51** is slightly bent to prevent the spring retainer **35** from exiting the slot **54** of the spring chair **31**. Holding the spring **30** in a predetermined compressed state allows to the spring **30** to produce a specific spring load over the gap filler assembly **23** at maximum expansion. This configuration also allows for maintaining the gap filler assembly **23** without expanding beyond the minimum gap **27** allowed for functionality and stability of the gap filler assembly **23**. The elongated portion **53** of the spring retainer **35**, also has a pointed end **52**. This pointed end allows the spring retainer **35** to penetrate into the rigid or semi-rigid insulation **28** without obstructing the motion between the frame members **25**.



FIG. **7** shows the positioning of the spring assembly **50** over the top edge **33** of one of the frame members **25**. The number of spring assemblies **50** over the length of the gap filler assembly **23** is dictated by the expansion force required to firmly position the gap filler assembly **23** into the desired gap.

FIG. **8** illustrates the assembly of the various components of the gap filler assembly. First, vibration dampening material **38** may be positioned within the U-shaped portion of each frame member **25**. Soft insulation **29** and spring assemblies **50** may inserted into the first frame member **25**. The soft insulation **29** may be disposed between adjacent spring assemblies **50**. Rigid or semi-rigid insulation **28** may be inserted into the second frame member **25**. Gaskets **24** may be positioned within an outer receptacle of each frame member **25**. Finally, the two frame members **25**, along with all attached components, may be secured together.

With reference to FIGS. **9** and **10**, alternate spring assembly **55** includes spring seat **31**, spring **30**, and spring retainer **56**. Spring retainer **56** includes flat upper portion **57** that supports one end of the spring **30**. The spring retainer **56** has an elongated section **58** that helps to maintain the shape of the spring **30** while compressed. Elongated section **58** is formed of two spaced apart parallel sections **59**A and **59**B, each having catch shoulder **60** and a tapered outer profile **61** below catch shoulder **60**. As elongated sections **59**A and **59**B are inserted through a slot in the spring chair **31**, tapered outer profiles **61** engage the outer surfaces of the slot to force the lower ends of elongated sections **59**A and **59**B toward one another. After catch shoulders **60** slide through the slot in spring chair **31**, the lower ends of elongated sections **59**A and **59**B are allowed to move away from each other in order to return to a more relaxed position. In this position, catch shoulders **60** prevents spring retainer **35** from exiting the slot of the spring chair **31**. The tapered outer profiles **61** of elongated sections **59**A and **59**B also allow spring retainer **56** to penetrate into the rigid or semi-rigid insulation without obstructing the motion between the frame members **25**. Except as otherwise described, spring assembly **55** has the same features and functions as spring assembly **50**.

FIGS. **11-12** illustrate another embodiment of the gap filler assembly of the present invention. Gap filler assembly **65** may include frame members **66** and **68** configured to engage one another to define interior cavity **70**, which has a variable volume. The volume of interior cavity **70** is dictated

by the amount of overlap **71** of frame members **66** and **68**. The interior cavity **70** includes a first portion within frame member **66** and a second portion within frame member **68**. In this embodiment, transverse segment **72** of frame member **68** separates the first portion and the second portion of the interior cavity **70**. The volume of the first portion changes, while the volume of the second portion remains constant. Frame member **68** may include outer shoulders **73** forming a recessed pocket configured to house an insert, such as vibration insulation material **74** for reducing the transmission of vibrations through assembly **65**. Vibration insulation material **74** may also provide a small separation between the proximal end of frame member **66** and the outer surface of frame member **68** to prevent or reduce damage to both frame members **66** and **68** caused by sliding. The second portion of the interior cavity **70** may be filled with sound absorbing insulation **75**. Springs **30** are disposed within the first portion of interior cavity **70**. The distal end of each spring **30** is supported by a distal end of frame member **66** and the proximal end of each spring **30** is supported by transverse segment **72** of frame member. The proximal end of each spring **30** may be retained within pockets **76** of frame member **66**, which are adjacent to transverse segment **72**. Splice pockets **77** within the interior cavity **70** of frame members **66** and **68** are configured to hold metal splices for alignment of adjacent frame members. In the remaining portions of the gap filler assembly, strips of vibration dampening material **38** may be placed in splice pockets **77** at the distal ends of the interior cavity **70** to suppress the high frequency sound transmitted by the frame members **66** and **68**, which may be formed of metallic extrusions. Gaskets **24** may be positioned on the distal ends of frame members **66** and **68**. The maximum compression of the gap filler assembly **65** is dictated by the spring compression that would cause the distal end of frame member **68** to touch the outer surfaces of splice pockets **77** of frame member **66**. The maximum expansion is dictated by the minimum overlap **71** allowed by design. The springs **30** are spaced along a longitudinal axis or height of the interior cavity **70** to produce the desired force of expansion of the gap filler assembly.

FIG. **13** illustrates a zone of gap filler assembly **65** between springs **30**. Interior cavity **70** may be filled with two types of insulation materials having different densities. Sound absorbing insulation **75** disposed within the second portion of the interior cavity **70** may include a rigid or semi-rigid insulation material that resists compression as the volume of interior cavity **70** is reduced. The variable width of the gap filler assembly **65** is accomplished by the interface of frame members **66** and **68** moving linearly inside one another, which increases or decreases the volume of the first portion of interior cavity **70**. The first portion of interior cavity **70** may be filled with a soft and resilient grade of sound proofing insulation **78**. When gap filler assembly **65** is compressed to its minimum width and then released to its maximum width, the compressed volume of the insulation **78** will spring back to fill the expanded volume of the first portion of the interior cavity **70**. Except as otherwise described, gap filler assembly **65** may include the same features and functions as gap filler assembly **23**. Gap filler assembly **65** may be used to cover a gap between an interior partition wall and an exterior wall or window mullion. Springs **30** exert an outward force urging the frame members **66** and **68** into contact with the interior partition wall and the exterior wall or window mullion. In one embodiment, an adhesive on the face of gaskets **24** may help to retain gap filler assembly **65** in this position.

With reference again to FIG. **13**, another embodiment of the gap filler assembly of the present invention contains an expandable foam insulation within the first portion of interior cavity **70** without any compression springs. In this embodiment, the expandable foam insulation acts as the biasing member that biases frame members **66** and **68** apart to position to retain the gap filler assembly between an interior wall and an exterior wall or window mullion.

FIGS. **14-16** illustrate another embodiment of the gap filler assembly of the present invention. As shown in FIG. **14**, frame member **82** is configured to engage frame member **84**. Frame member **84** is formed of two segments **84**A and **84**B configured for attachment together. Segment **84**A includes a side wall and transverse segments **86** and **88** each including a lip **89**. Segment **84**B includes a side wall that is parallel to the side wall of segment **84**A. Segment **84**B also includes two latches **90** configured to engage lips **89** of segment **84**A to assemble frame member **84**. Frame members **82** and **84** define interior cavity **92** having a variable volume. The volume of interior cavity **92** is dictated by the amount of overlap **93** of frame members **82** and **84**. The interior cavity **92** includes a first portion within frame member **82** and a second portion within frame member **84**. In the illustrated embodiment, the first and second portions of the interior cavity **92** are separated by transverse segment **86** of frame member **84**. The volume of the first portion of the interior cavity **92** changes, while the volume of the second portion remains constant. Frame member **84** may include outer shoulders **94** forming a recessed pocket configured to house an insert. Frame member **82** includes splice pockets **95** at a distal end of the first portion of the interior cavity **92**. Similarly, frame member **84** includes splice pockets **96** at a distal end of the second portion of the interior cavity **92**.

Referring now to FIGS. **15** and **16**, gap filler assembly **80** includes frame members **82** and **84** with springs **30** disposed within the first portion of the interior cavity **92**. Each spring **30** is supported by the distal end of frame member **82** and transverse segment **86** of frame member **84**. The distal end of each spring **30** is retained within splice pockets **95** of frame member **82**. The second portion of the interior cavity **92** may be filled with sound absorbing insulation **97**. The configuration of frame member **84** in two segments **84**A and **84**B eases the process of inserting insulation **97** into the second portion of interior cavity **92**. Gap filler assembly **80** may also include vibration insulation material **98** in the recessed pockets formed by outer shoulders **94** of frame member **84**. Vibration insulation material **98** may provide a small separation between frame members **82** and **84** at overlap **93**. Splice pockets **95** and **96** are configured to hold metal slices for alignment of adjacent frame members. In the remaining portions of the gap filler assembly **80**, strips of vibration dampening material **38** may be placed in splice pockets **95** and **96**. The maximum compression of gap filler assembly **80** is dictated by the spring compression that would cause the distal end of frame member **84** to touch the outer surfaces of splice pockets **95** of frame member **82**. The maximum expansion is dictated by the minimum overlap **93** allowed by design. The springs **30** are spaced along a longitudinal axis or height of the interior cavity **92**.

FIG. **16** illustrates a zone of gap filler assembly **80** between springs **30**. Interior cavity **92** may be filled with two types of insulation materials having different densities. Insulation **97** within the second portion of the interior cavity **92** may include a rigid or semi-rigid insulation material that resists compression as the volume of interior cavity **92** is reduced. The first portion of the interior cavity **92** may be

filled with a soft and resilient grade of sound proofing insulation **99**, which may spring back to fill up an expanded volume of the first portion of the interior cavity **92** when the volume is increased after being decreased. Except as otherwise described, gap filler assembly **80** may include the same features and functions as gap filler assembly **23**. Gap filler assembly **80** may be used to cover a gap between an interior partition wall and an exterior wall or window mullion. Springs **30** exert an outward force urging the frame members **82** and **84** into contact with the interior partition wall and the exterior wall or window mullion.

With reference again to FIG. **16**, another embodiment of the gap filler assembly of the present invention contains an expandable foam insulation within the first portion of interior cavity **92** without any compression springs. In this embodiment, the expandable foam insulation acts as the biasing member that biases frame members **82** and **84** apart to position and retain the gap filler assembly between an interior wall and an exterior wall or window mullion.

FIGS. **17-19** illustrate yet another embodiment of the gap filler assembly of the present invention. With reference to FIG. **17**, gap filler assembly **100** includes frame members **102** and **104** configured to engage one another to define interior cavity **106**, which has a variable volume. The volume of interior cavity **106** is dictated by the amount of overlap **107** of frame members **102** and **104**. The interior cavity **106** includes a first portion within frame member **102** and a second portion within frame member **104**. In this embodiment, transverse segment **108** of frame member **104** separates the first portion and the second portion of the interior cavity **106**. The volume of the first portion changes, while the volume of the second portion remains constant. Two types of insulation materials having different densities are disposed within the first and second portions of the interior cavity **106**. The second portion of the interior cavity **106** is filled with a rigid or semi-rigid sound absorbing insulation **110** that resists compression and does not expand laterally. The first portion of the interior cavity **106** houses an expandable foam insulation **112**. The expandable insulation **112** exerts an expansive force that urges the frame members **102** and **104** to move apart. It must be understood that when the insulating foam **112** is compressed, it also applies pressure over the side walls of the frame members, which is the reason that the assembly's expanding force is linear when the lateral friction created by the lateral expansion is small. Since the insulating foam **112** behaves as a Newtonian fluid, it is expected that when compressed in one direction, there are deformations in all directions. For this reason, the ratio of foam length over foam width should be maintained within certain limits.

FIG. **18** illustrates this property of the insulating foam **112** when it is subjected to unidirectional compression. As in any Newtonian fluid, when unidirectional compressive forces F**1** and F**2** are applied over the insulating foam **112**, lateral expanding deformation occurs. When the ratio foam length/width is larger than 4, the lateral expansion creates frictional forces against the walls of the interior cavity **106**. This frictional force negatively affects the elastic deformation of the foam section.

FIG. **19** illustrates two gap filler assemblies **100** used to cover gap **17** between window mullion **19** and partition wall **16**. The gap filler assemblies **100** are positioned between the glass window panes **18** and the end face **21** of partition wall **16**. Gaskets **24** are positioned at the ends of frame members **102** and **104** to seal small voids and to secure the gap filler assemblies **100** in place. Gap filler assemblies **100** are held in position by the expansive force of the foam insulation **112** and by the adhesive on the face of the gaskets **24**. Gap filler assemblies **100** may be narrow enough to fit between the two side surfaces of partition wall **16**. Due to the large ratio of the foam length/foam width, a reasonable section of expandable foam insulation **112** is used to avoid excessive lateral expansive forces.

FIG. **20** illustrates a variation of gap filler assembly **100** in use to fill a gap between partition wall **16** and window mullion **19**. In this variation, frame member **104** does not include a transverse segment such that interior cavity **106** includes a single open space. Expandable foam insulation **112** is disposed within the interior cavity **106** and exerts the outward expansive force directly on the distal ends of the frame members **102** and **104**. FIG. **20** illustrates positioning this variation of gap filler assembly **100** directly between the window mullion **19** and the end face **21** of the partition wall **16**.

As the skilled in the art will recognize, where the frame members **102** and **104** are manufactured using the aluminum extrusion process, channels that are too deep in relation to their width are very difficult to maintain within the required tolerances for the assembly. Keeping in mind that restriction, it is necessary to use extrusions that are fairly stable during processing. Frame member **104** is constructed as a partial enclosed cavity **106** where an insulating material **110** is placed inside the cavity **106**. By means of this type of construction, the telescoping section of the gap filler assembly could be maintained within the limits allowed by the resilient insulating foam **112** within the frame member **102** and the open portion of the frame member **104**. Except as otherwise described, gap filler assembly **100** includes the same features and functions as gap filler assembly **23**.

The present invention may of course be carried out in other specific ways than those set forth herein without departing from the scope and the essential characteristics of the invention previously described. The present embodiments are therefore to be construed in all aspects as illustrative and not restrictive and all changes coming within the meaning and equivalency range of the appended claims are intended to be embraced herein.

Except as otherwise described or illustrated, each of the components in this device may be formed of aluminum, steel, another metal, plastic, or any other durable, natural or synthetic material. Each device described in this disclosure may include any combination of the described components, features, and/or functions of each of the individual device embodiments. Each method described in this disclosure may include any combination of the described steps in any order, including the absence of certain described steps and combinations of steps used in separate embodiments. Any range of numeric values disclosed herein includes any subrange therein. Plurality means two or more.

While preferred embodiments have been described, it is to be understood that the embodiments are illustrative only and that the scope of the invention is to be defined solely by the appended claims when accorded a full range of equivalents, many variations and modifications naturally occurring to those skilled in the art from a review hereof.

I claim:

**1**. A gap filler assembly for filling or covering a gap between an interior partition wall and an exterior wall of a building structure, the gap filling assembly comprising:

a first frame member slidingly engaging a second frame member;

an interior cavity defined by the first and second frame members, wherein the interior cavity has a variable volume;

a biasing member comprising expandable foam sound insulation material disposed within the interior cavity, wherein the expandable foam sound insulation material has a first end engaging an interior surface of the first frame member, wherein the expandable foam sound insulation material has a second end engaging an interior surface of the second frame member, and wherein the expandable foam sound insulation material is configured to exert a force on the first frame member in a direction away from the second frame member for compressing the first and second frame members between the interior partition wall and the exterior wall.

**2**. The gap filler assembly of claim **1**, wherein the interior cavity includes a first portion within the first frame member and a second portion within the second frame member, and wherein the first end of the expandable foam sound insulation material is disposed within the first portion of the interior cavity.

**3**. The gap filler assembly of claim **2**, wherein the second end of the expandable foam sound insulation material is disposed within the second portion of the interior cavity.

**4**. The gap filler assembly of claim **1**, wherein the second frame member is formed of two interlocking segments.

**5**. The gap filler assembly of claim **1**, wherein the first and second frame members each include splice pockets configured to receive metal splices for aligning adjacent frame members.

**6**. The gap filler assembly of claim **5**, further comprising a vibration dampening material disposed within a portion of the splice pockets in the first and second frame members.

**7**. A gap filler assembly for filling or covering a gap between an interior partition wall and an exterior wall of a building structure, the gap filling assembly comprising:

a) a first u-shaped frame member having an interior surface and an exterior surface;

b) a second u-shaped frame member having an interior surface and an exterior surface, wherein the second u-shaped frame member slidingly engages the first u-shaped frame member to define an interior cavity having a variable volume; and

c) expandable foam sound insulation disposed within the interior cavity, wherein the expandable foam sound insulation comprises: (i) a first portion defining a first end, wherein the first end of the expandable foam sound insulation is adjacent to and engages the interior surface of the first u-shaped frame member; (ii) a second portion defining a second end, wherein the second end of the expandable foam sound insulation is adjacent to and engages the interior surface of the second u-shaped frame member such that the expandable foam sound insulation exerts a force on the second frame member in a direction away from the first frame member.

**8**. The gap filler assembly of claim **7**, wherein the first u-shaped frame member comprises a middle segment connecting left and right leg segments, and wherein the second u-shaped frame member comprises a middle segment connecting left and right leg segments.

**9**. The gap filler assembly of claim **8**, wherein the first end of the expandable foam sound insulation is adjacent to and engages an interior surface of the middle segment of the first u-shaped frame member, and wherein the second end of the expandable foam sound insulation is adjacent to and engages an interior surface of the middle segment of the second u-shaped frame member.

**10**. The gap filler assembly of claim **9**, wherein the second frame member includes recesses in its exterior surfaces configured to receive a second insulating material within the overlap between the first and second frame members.

**11**. The gap filler assembly of claim **9**, wherein the second frame member is formed of two interlocking segments.

**12**. The gap filler assembly of claim **9**, wherein the first and second frame members each include splice pockets for aligning the left and right leg segments of the first and second frame members.

**13**. The gap filler assembly of claim **12**, further comprising a vibration dampening material disposed within a portion of the splice pockets in the first and second frame members.

* * * * *